UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-41318 |
| | ) | |
| McGOVERN, JOHN P., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>RICHARD M. FOGEL</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on May 29, 2013 in Courtroom 615**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  April 30, 2013                    By:  /s/ Richard M. Fogel
                                                          Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawfishman.com
UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC 4}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MCGOVERN, JOHN P.          § Case No. 12-41318
                                  §
                                  §
Debtor(s)                         §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,500.00 |
| *and approved disbursements of* | $ 37.89 |
| *leaving a balance on hand of* [1] | $ 7,462.11 |
| **Balance on hand:** | $ 7,462.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,462.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,500.00 | 0.00 | 1,500.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,500.00 |
| Remaining balance: | $ 5,962.11 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 5,962.11 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,086.98 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department of Treasury-Internal Revenue Service | 11,086.98 | 0.00 | 5,962.11 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 5,962.11 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,892.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 14,598.80 | 0.00 | 0.00 |
| 3 | PYOD, LLC its successors and assigns as assignee | 4,293.33 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  
John P. McGovern  
    Debtor

Case No. 12-41318-JSB  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: dramey | Page 1 of 2 | Date Rcvd: May 01, 2013 |
|---|---|---|---|
| | Form ID: pdf006 | Total Noticed: 20 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2013.
```
db             +John P. McGovern,    4655 N. Cumberland Ave, #510,    Norridge, IL 60706-4205
19580720       +Castle Bank N.A.,    Stephen J. Butler,    2460 Lake Shore Drive,    Woodstock, IL 60098-6911
19652136       +Citibank CBNA,    701 E 60th Street N,    Sioux Fall, SD 57104-0493
19580721       +Codilis & Associates, P.C.,    15W030 N. Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
19652138      #+Debbie McGovern,    19203 Collins Road,    M&lt;arengo, IL 60152-9416
19969140     +++Department of Treasury-Internal Revenue Service,    PO BOX 7346,    Philadelphia, PA 19101-7346
19580722       +Harris NA,    PO Box 94034,    Palatine, IL 60094-4034
19652132       +Harris NA,    P O Box 5043,    Rolling Meadow, IL 60008-5043
19652133       +Harris T & S,    PO Box 755,    Chicago, IL 60690-0755
20040732       +Hicks Gas,    1023 Lake Ave,    Woodstock, IL 60098-7409
20008380        Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
19652134       +Illinois Dept od Revenue,    P O Box 19035,    Springfield, IL 62794-9035
19652139      #+Lif-Tech Material Handling, Inc,    1020 Republic,    Addison, IL 60101-3114
20040733       +MDC Environmental Services,    1050 Greenlee Street,    Marengo, IL 60152-8246
20040734       +Rothbart Realty,    1945 Techny Road,    Suite 6,    Northbrook, IL 60062-5357
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20040731       +E-mail/Text: legalcollections@comed.com May 02 2013 03:39:55     ComEd,    P O Box 6111,
                 Carol Stream, IL 60197-6111
19652137        E-mail/PDF: mrdiscen@discoverfinancial.com May 02 2013 03:55:04     Discover Financial Services,
                 P O Box 15316,    Wilmington, DE 19850
19932166        E-mail/PDF: mrdiscen@discoverfinancial.com May 02 2013 03:55:04     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19652135        E-mail/Text: cio.bncmail@irs.gov May 02 2013 03:26:46     Internal Revenue Service,
                 P O Box 7346,    Philadelphia, PA 19101-7346
19971751       +E-mail/Text: resurgentbknotifications@resurgent.com May 02 2013 03:30:52
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                                TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 03, 2013**        **Signature:** *Joseph Speetjens*

```
District/off: 0752-1           User: dramey              Page 2 of 2              Date Rcvd: May 01, 2013
                               Form ID: pdf006           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2013 at the address(es) listed below:

```
              Joel P Fonferko    on behalf of Creditor    BMO Harris Bank N.A. ND-One@il.cslegal.com
              Kiley M Whitty    on behalf of Debtor John P. McGovern whitty@aandalaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    BMO Harris Bank N.A. ND-Four@il.cslegal.com
              Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
                                                                                             TOTAL: 5
```