## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: MCGOVERN, JOHN P. § | Case No. 12-41318 |
| § | |
| § | |
| Debtor(s) § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $136,039.11                     Assets Exempt: $33,886.11
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,962.11        Claims Discharged
                                                                                          Without Payment: $83,127.28

Total Expenses of Administration: $1,537.89

---

    3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $255,716.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,537.89 | 1,537.89 | 1,537.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 14,777.03 | 11,086.98 | 11,086.98 | 5,962.11 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 80,433.28 | 18,892.13 | 18,892.13 | 0.00 |
| **TOTAL DISBURSEMENTS** | $350,926.31 | $31,517.00 | $31,517.00 | $7,500.00 |

4) This case was originally filed under Chapter 7 on October 18, 2012. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/01/2013          By: /s/RICHARD M. FOGEL
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America Money Market Savings | 1129-000 | 4,000.00 |
| Mattress and frame | 1129-000 | 50.00 |
| Desktop computer and monitor | 1129-000 | 50.00 |
| Stereo | 1129-000 | 175.00 |
| Black powder rifle replica | 1129-000 | 25.00 |
| Rifle SKS | 1129-000 | 50.00 |
| .22 automatic handgun | 1129-000 | 50.00 |
| 2 Ham radios and accessories | 1129-000 | 300.00 |
| Guitar and amplifier | 1129-000 | 100.00 |
| Promissory Note due from Debbie McGovern | 1129-000 | 500.00 |
| 2007 Honda Civic | 1129-000 | 2,000.00 |
| 1997 Harley-Davidson FLHR Road King | 1129-000 | 200.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harris NA | 4110-000 | 198,166.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris T & S | 4110-000 | 57,550.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $255,716.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.89 | 7.89 | 7.89 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,537.89 | $1,537.89 | $1,537.89 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Department of Treasury-Internal Revenue | 5800-000 | 14,777.03 | 11,086.98 | 11,086.98 | 5,962.11 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $14,777.03 | $11,086.98 | $11,086.98 | $5,962.11 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 14,598.00 | 14,598.80 | 14,598.80 | 0.00 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 6,725.00 | 4,293.33 | 4,293.33 | 0.00 |
| 4 | Illinois Department of Revenue | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MDC Environmental Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rothbart Realty | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hicks Gas | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Castle Bank N.A. Stephen J. Butler | 7100-000 | 44,512.28 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial Services | 7100-000 | 14,598.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$80,433.28** | **$18,892.13** | **$18,892.13** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-41318  
**Case Name:** MCGOVERN, JOHN P.

**Period Ending:** 07/01/13

**Trustee:** (330720)  RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 10/18/12 (f)  
**§341(a) Meeting Date:** 12/11/12  
**Claims Bar Date:** 04/17/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   19203 Collins Road, Marengo, IL 60152<br>Imported from original petition Doc# 14  (See Footnote) | 118,000.00 | 0.00 | | 0.00 | FA |
| 2   Bank of America Checking Account #xxx-2424<br>Imported from original petition Doc# 14  (See Footnote) | 1,800.00 | 550.00 | | 0.00 | FA |
| 3   Bank of America Money Market Savings<br>Imported from original petition Doc# 14  (See Footnote) | 5,005.69 | 5,005.69 | | 4,000.00 | FA |
| 4   Mattress and frame<br>Imported from original petition Doc# 14  (See Footnote) | 100.00 | 100.00 | | 50.00 | FA |
| 5   Desktop computer and monitor<br>Imported from original petition Doc# 14  (See Footnote) | 100.00 | 100.00 | | 50.00 | FA |
| 6   Stereo<br>Imported from original petition Doc# 14  (See Footnote) | 500.00 | 500.00 | | 175.00 | FA |
| 7   Black powder rifle replica<br>Imported from original petition Doc# 14  (See Footnote) | 50.00 | 50.00 | | 25.00 | FA |
| 8   Ordinary wearing apparel<br>Imported from original petition Doc# 14 | 500.00 | 0.00 | | 0.00 | FA |
| 9   Rifle SKS<br>Imported from original petition Doc# 14  (See Footnote) | 150.00 | 150.00 | | 50.00 | FA |
| 10  .22 automatic handgun<br>Imported from original petition Doc# 14  (See Footnote) | 100.00 | 100.00 | | 50.00 | FA |
| 11  2 Ham radios and accessories<br>Imported from original petition Doc# 14  (See Footnote) | 1,000.00 | 1,000.00 | | 300.00 | FA |
| 12  Guitar and amplifier<br>Imported from original petition Doc# 14  (See | 200.00 | 200.00 | | 100.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-41318  
**Case Name:** MCGOVERN, JOHN P.  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 10/18/12 (f)  
**§341(a) Meeting Date:** 12/11/12  

**Period Ending:** 07/01/13  
**Claims Bar Date:** 04/17/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Footnote) | | | | | |
| 13 | Naumann/Hobbs Material Handling INC 401(k) Plan<br>Imported from original petition Doc# 14 | 10,486.11 | 0.00 | | 0.00 | FA |
| 14 | Promissory Note due from Debbie McGovern<br>Imported from original petition Doc# 14 (See Footnote) | 64,638.00 | 64,638.00 | | 500.00 | FA |
| 15 | 2012 Estimated Refund- subject to tax obligation<br>Imported from original petition Doc# 14 | 1,003.00 | 0.00 | | 0.00 | FA |
| 16 | 2007 Honda Civic<br>Imported from original petition Doc# 14 (See Footnote) | 6,000.00 | 3,600.00 | | 2,000.00 | FA |
| 17 | 1997 Harley-Davidson FLHR Road King<br>Imported from original petition Doc# 14 (See Footnote) | 1,000.00 | 1,000.00 | | 200.00 | FA |
| 18 | Hand tools, air compressor and test equipment<br>Imported from original petition Doc# 14 | 4,250.00 | 0.00 | | 0.00 | FA |
| 18 | **Assets** **Totals** (Excluding unknown values) | **$214,882.80** | **$76,993.69** | | **$7,500.00** | **$0.00** |

RE PROP# 1   Stay modified per o/c 1-30-13  
RE PROP# 2   Debtor spent funds post-petition  
RE PROP# 3   Per court approved settlement and sale on 2/5/13  
RE PROP# 4   Per court approved settlement and sale on 2/5/13  
RE PROP# 5   Per court approved settlement and sale on 2/5/13  
RE PROP# 6   Per court approved settlement and sale on 2/5/13  
RE PROP# 7   Per court approved settlement and sale on 2/5/13  
RE PROP# 9   Per court approved settlement and sale on 2/5/13  
RE PROP# 10  Per court approved settlement and sale on 2/5/13  
RE PROP# 11  Per court approved settlement and sale on 2/5/13  
RE PROP# 12  Per court approved settlement and sale on 2/5/13  
RE PROP# 14  Per court approved settlement and sale on 2/5/13  
RE PROP# 16  Per court approved settlement and sale on 2/5/13  
RE PROP# 17  Per court approved settlement and sale on 2/5/13  

**Major Activities Affecting Case Closing:**

Trustee is collecting installment payments (4/30 & 7/31) for sale of personal property.

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-41318  
**Case Name:** MCGOVERN, JOHN P.  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 10/18/12 (f)  
**§341(a) Meeting Date:** 12/11/12  

**Period Ending:** 07/01/13  
**Claims Bar Date:** 04/17/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Claims bar date is 4/17/13.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013  **Current Projected Date Of Final Report (TFR):** April 30, 2013 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-41318  
**Case Name:** MCGOVERN, JOHN P.

**Taxpayer ID #:** **-***9875  
**Period Ending:** 07/01/13

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****045266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/29/13 | | JOHN P. McGOVERN | Initial payment for purchase of non-exempt personal property | | 5,000.00 | | 5,000.00 |
| | {3} | | 4,000.00 | 1129-000 | | | 5,000.00 |
| | {16} | | 1,000.00 | 1129-000 | | | 5,000.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 02/05/13 | 101 | INTERNATIONAL SURETIES, LTD. | Bond No. 016026455 | 2300-000 | | 7.89 | 4,982.11 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,972.11 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,962.11 |
| 04/22/13 | | JOHN MCGOVERN | Final payment | | 2,500.00 | | 7,462.11 |
| | {4} | | 50.00 | 1129-000 | | | 7,462.11 |
| | {5} | | 50.00 | 1129-000 | | | 7,462.11 |
| | {6} | | 175.00 | 1129-000 | | | 7,462.11 |
| | {7} | | 25.00 | 1129-000 | | | 7,462.11 |
| | {9} | | 50.00 | 1129-000 | | | 7,462.11 |
| | {10} | | 50.00 | 1129-000 | | | 7,462.11 |
| | {11} | | 300.00 | 1129-000 | | | 7,462.11 |
| | {12} | | 100.00 | 1129-000 | | | 7,462.11 |
| | {14} | | 500.00 | 1129-000 | | | 7,462.11 |
| | {16} | | 1,000.00 | 1129-000 | | | 7,462.11 |
| | {17} | | 200.00 | 1129-000 | | | 7,462.11 |
| 05/29/13 | 102 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,500.00, Trustee Compensation;  Reference: | 2100-000 | | 1,500.00 | 5,962.11 |
| 05/29/13 | 103 | Department of Treasury-Internal Revenue Service | 53.77% dividend on Claim # 2, Ref: | 5800-000 | | 5,962.11 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 7,500.00 | 7,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 7,500.00 | 7,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,500.00** | **$7,500.00** | |

{} Asset reference(s)

Printed: 07/01/2013 07:46 AM    V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-41318  
**Case Name:** MCGOVERN, JOHN P.  
**Taxpayer ID #:** **-***9875  
**Period Ending:** 07/01/13  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****045266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****045266 | 7,500.00 | 7,500.00 | 0.00 |
| | $7,500.00 | $7,500.00 | $0.00 |

{} Asset reference(s)                                        Printed: 07/01/2013 07:46 AM    V.13.13